**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

       Plaintiff,

v.                                                                    Civil Action No. 1:14-cv-01481-AJT-IDD

JOHN DOE, subscriber assigned IP address
96.255.147.101,

       Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 96.255.147.101. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: December 18, 2014

                                               Respectfully submitted,

                                               By:   /s/ *William E. Tabot*
                                               William E. Tabot PC
                                               9248 Mosby Street
                                               Manassas, VA 20110-5038
                                               Phone: 703-530-7075
                                               Email: wetabotesq@wetlawfirm.com
                                               *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 18, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *William E. Tabot*_____
      William E. Tabot